UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE TORO,

                Plaintiff,

- against -

GAME ON SPORTS, INC.,

                Defendant.

**ORDER**

22 Civ. 6094 (PGG) (GWG)

PAUL G. GARDEPHE, U.S.D.J.:

       The Court having been advised that all claims asserted herein have been settled (see Dkt. No. 14), it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within sixty days of this order, either party may apply by letter within the sixty-day period for restoration of this action to the calendar of the undersigned, in which event the action will be restored., in which event Equifax will be restored as a Defendant.  The Clerk of Court is directed to close the case.  Any pending dates and deadlines are adjourned sine die, and any pending motions are moot.

Dated:  New York, New York
          March 14, 2023

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge